
FILED
APR 27 2018
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:18-mj-00065 EPG |
| | (C.D. Ill. Case No. 18-mj-3036) |
| Plaintiff, | ORDER |
| v. | ~~MOTION~~ TO UNSEAL CRIMINAL COMPLAINT |
| ABDUL GHANI ALSAMAH, | |
| Defendant. | |

The Criminal Complaint in this case having been sealed on or about April 19, 2018, and it appearing that such Criminal Complaint no longer needs to remain sealed based on the government's motion,

IT IS HEREBY ORDERED that the Criminal Complaint be unsealed and made public record.

DATED: April 27, 2018        BY _____
                                HON. ERICA P. GROSJEAN
                                United States Magistrate Judge

1