HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
ABDUL ALSAMAH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ABDUL ALSAMAH,<br><br>Defendant. | Case No.  1:18-mj-00065-EPG<br><br>***UNOPPOSED* MOTION TO EXONERATE BOND AND RECONVEY ORIGINAL DEED OF TRUST;  ORDER** |

Defendant Abdul Alsamah hereby moves this Court to exonerate the property bond and to reconvey the original deed of trust to the property owned and posted by Mahlia Mobarez in this matter on June 1, 2018, pursuant to Rule 46 of the Federal Rules of Criminal Procedure. *See* Dkt. #16-17.

On April 19, 2018, Mr. Alsamah was charged in a criminal complaint out of the Central District of Illinois. *See* Dkt. #1 at 2. Mr. Alsamah was arrested in and made his initial appearance in the Eastern District of California on April 27, 2018. *See* Dkt. #5.

On May 3, 2018, a detention hearing was held in this matter. *See* Dkt. #8. At the detention hearing, Mr. Alsamah was ordered released from custody under the supervision of Pretrial Services on terms and conditions that included the posting of a "[t]otal equity property bond of not less than $400,000, secured by the property owned by Mahlia Mobarez." Dkt. 15 at 2. The property bond was posted on the docket as follows:

| | | |
|---|---|---|
| 05/16/2018 | 16 | **COPY OF DEED OF TRUST** #2018095844 and Original Straight Note RECEIVED, posted by Mahlia Mobarez as to Abdul Ghani Alsamah. (Sant Agata, S) (Entered: 05/16/2018) |
| 06/01/2018 | 17 | COLLATERAL RECEIVED as to Abdul Ghani Alsamah: ORIGINAL Deed of Trust #2018095844 posted by Mahlia Mobarez. (Sant Agata, S) (Entered: 06/01/2018) |

Thereafter, Mr. Alsamah's case proceeded in the Central District of Illinois in Case Number 3:18-cr-30025-CRL-KLM-1. Mr. Alsamah was convicted after a jury trial on June 21, 2021. *See* Central District of Illinois Case No. 3:18-cr-30025-CRL-KLM at Dkt. #133. Mr. Alsamah was thereafter sentenced on September 8, 2022. *See* Central District of Illinois Case No. 3:18-cr-30025-CRL-KLM at Dkt. #179. Mr. Alsamah is currently in Bureau of Prisons' custody. Since no conditions of the bond remain to be satisfied, it is requested that the "[t]otal equity property bond of not less than $400,000, secured by the property owned by Mahlia Mobarez" be exonerated and reconveyed to Mahlia Mobarez. pursuant to Rule 46(g) of the Federal Rules of Criminal Procedure.

The government has no objection to this motion to exonerate the bond and reconvey the original deed of trust to the property owned and posted by Mahlia Mobarez in this matter on June 1, 2018. Accordingly, since no conditions remain to be satisfied and exoneration and reconveyance is in the interest of justice, it is requested that the Court exonerate the bond and reconvey the subject original deed of trust to Mahlia Mobarez.

Dated:  April 28, 2023                    Respectfully submitted,

                                                        HEATHER E. WILLIAMS
                                                        Federal Defender

                                                         */s/ Reed Grantham*
                                                       REED GRANTHAM
                                                       Assistant Federal Defender
                                                       Attorney for Defendant
                                                       ABDUL ALSAMAH

**O R D E R**

The Court finds that Abdul Alsamah has complied with the conditions of his bond and that no conditions remain to be satisfied. IT IS HEREBY ORDERED that the Clerk of the Court exonerate the property bond and reconvey the Original Deed of Trust #2018095844 that was posted by Mahlia Mobarez on June 1, 2018, to Mahlia Mobarez.

IT IS SO ORDERED.

Dated:  **May 1, 2023**                    /s/ *Barbara A. McAuliffe*
                                                          UNITED STATES MAGISTRATE JUDGE